A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Aug 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 AUG 10 PM 2: 11

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 10, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

10 md 2179

CLERK'S OFFICE
A TRUE COPY

Aug 12 2010

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**                    MDL No. 2179

J (1)

**TRANSFER ORDER**

**Before the entire Panel**[*]: Before the Panel are four motions that collectively encompass 77 actions: 31 actions in the Eastern District of Louisiana, 23 actions in the Southern District of Alabama, ten actions in the Northern District of Florida, eight actions in the Southern District of Mississippi, two actions in the Western District of Louisiana, two actions in the Southern District of Texas, and one action in the Northern District of Alabama, as listed on Schedule A.[1]

The background of this docket is well known. On April 20, 2010, an explosion and fire destroyed the Deepwater Horizon offshore drilling rig approximately 130 miles southeast of New Orleans and approximately 50 miles from the Mississippi River delta. The explosion killed eleven of the 126 workers on the rig, which eventually sank in approximately 5,000 feet of water. Through mid-July, crude oil gushed from the site in unprecedented amounts. Although the leaking well is now capped, the spill's effects are widespread, with oil reported to have come ashore in Louisiana, Mississippi, Alabama, Florida, and, most recently, Texas. Its full impact on the lives and livelihoods of tens of thousands of Americans, especially those living in or near the Gulf of Mexico, is as yet undetermined.

I.

Plaintiffs in the Eastern District of Louisiana *Cooper* and *Rodrigue* actions have separately moved, pursuant to 28 U.S.C. § 1407, to centralize these actions in the Eastern District of Louisiana, while plaintiff in the Eastern District of Louisiana *Nova Affiliated* action and common defendant BP Exploration & Production Inc. (BP) have separately moved for centralization in the Southern District of Texas.

---

[*]    Judge Damrell took no part in the disposition of this matter.

[1]    The Panel has been notified of more than 200 additional related actions. Those actions and any other related actions are potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

Fee _____
Process _____
x  Dktd _____
CtRmDep _____
___ Doc. No. _____


Dozens of parties submitted responses to the four motions. Almost all responding parties support centralization. Responding defendants all favor centralization in the Southern District of Texas, whereas the positions of responding plaintiffs are more varied with respect to an appropriate transferee district. While many plaintiffs support centralization in the Eastern District of Louisiana,[2] other plaintiffs argue in favor of selection of the Northern District of Alabama, the Southern District of Alabama, the Middle District of Florida, the Northern District of Florida, the Southern District of Florida, the Western District of Louisiana, the Southern District of Mississippi, the District of South Carolina, or the Southern District of Texas. In addition, a small number of other plaintiffs variously argue in favor of other approaches: that the Panel centralize the docket in the Eastern District of Louisiana, but assign it to Judge Shira Ann Scheindlin of the Southern District of New York, who would then sit in the Eastern District of Louisiana by designation;[3] that the Panel divide the docket among three districts; or that the Panel appoint a judge from one of the Florida districts to "ride circuit" among the various involved localities.

Some responding plaintiffs, while supporting centralization generally, argue against including any of the relatively few personal injury/wrongful death actions in an MDL that might be comprised largely of putative class actions seeking recovery for property damage and other economic losses. Of the 77 constituent actions, two are wrongful death actions (Eastern District of Louisiana *Roshto* and *Jones*) and one is a personal injury action (Eastern District of Louisiana *Williams*). Plaintiffs in *Roshto* and *Williams* submitted briefs supporting inclusion of the personal injury/wrongful death actions in centralized proceedings, as did responding defendants, but plaintiff in *Jones* opposes such inclusion.

A few responding parties oppose centralization altogether. They essentially argue that the involved actions are all subject to dismissal for failure to comply with the Oil Pollution Act's (OPA) presentment requirement, *see* 33 U.S.C. § 2713; and that, in any event, because the OPA is a strict liability statute, the only issue in dispute (at least as to the BP defendants) is the amount of damages to which each claimant is entitled, which, they argue, requires an inherently individualized inquiry and is thus inappropriate for MDL treatment. These parties argue that, at the very least, the Panel should carve out the OPA claims from centralized proceedings.

The briefing and oral argument have contributed greatly to the Panel's deliberations. This is a reminder that although the Panel tries to reach its decisions in a timely fashion, it does so only after affording the parties sufficient time to present their views, both through written submissions, and, in the case of motions seeking the creation of new MDLs, through oral argument. Even in the face of catastrophic circumstances such as these, little is to be gained from hasty decision-making.

---

[2] The Panel also received *amici curiae* responses in support of selection of the Eastern District of Louisiana from the United States of America, the State of Louisiana, and the Board of Commissioners of the Port of New Orleans.

[3] *See* 28 U.S.C. 1407(b).

II.

The actions before the Panel indisputably share factual issues concerning the cause (or causes) of the Deepwater Horizon explosion/fire and the role, if any, that each defendant played in it. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, including rulings on class certification and other issues, and conserve the resources of the parties, their counsel, and the judiciary. Centralization may also facilitate closer coordination with Kenneth Feinberg's administration of the BP compensation fund. In all these respects, centralization will serve the convenience of the parties and witnesses and promote the more just and efficient conduct of these cases, taken as a whole.

We also conclude that it makes sense to include the personal injury/wrongful death actions in the MDL. These actions do overlap factually with the other actions in this docket, and, indeed, plaintiffs in two of the three constituent personal injury/wrongful death actions specifically argue in favor of such inclusion, as do responding defendants. While these actions will require some amount of individualized discovery, in other respects they overlap with those that pursue only economic damage claims. The transferee judge has broad discretion to employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to address any differences among the cases and efficiently manage the various aspects of this litigation. *See, e.g., In re Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation*, 598 F.Supp.2d 1362, 1364 (J.P.M.L. 2009).

Similarly, we do not find any strong reasons for separate treatment of claims brought under the OPA. In our judgment, carving out the OPA claims would only complicate matters, and denying centralization altogether is not a viable option. To the extent that non-compliance with the OPA's presentment requirement becomes an issue, failure to include OPA claims in centralized proceedings would raise the prospect of multiple inconsistent rulings on that issue. *See In re: National Arbitration Forum Antitrust Litigation*, 682 F.Supp.2d 1343, 1345 (J.P.M.L. 2010).

Finally, the limitation proceeding brought by certain Transocean entities and currently pending in the Southern District of Texas is a potential tag-along action in this docket, and will be included on a forthcoming conditional transfer order (CTO). Although our preliminary assessment is that the action should be included in the centralized proceedings, we do not prejudge the matter. Once the CTO issues, the parties are free to object to the action's transfer. *See* Rule 7.4, R.P.J.P.M.L., 199 F.R.D. at 435-36.

III.

The parties have advanced sound reasons for a large number of possible transferee districts and judges. Upon careful consideration, however, we have settled upon the Eastern District of Louisiana as the most appropriate district for this litigation. Without discounting the spill's effects on other states, if there is a geographic and psychological "center of gravity" in this docket, then the Eastern District of Louisiana is closest to it. Considering all of the applicable factors, we have asked Judge Carl J. Barbier to serve as transferee judge. He has had a distinguished career as an attorney

and now as a jurist. Moreover, during his twelve years on the bench, Judge Barbier has gained considerable MDL experience, and has been already actively managing dozens of cases in this docket. We have every confidence that he is well prepared to handle a litigation of this magnitude.

Some parties have expressed concern that recusals among Eastern District of Louisiana judges unduly limit our choices, and that even Judge Barbier may be subject to recusal. Notwithstanding these concerns, the Panel is quite comfortable with its choice. Judge Barbier is an exceptional jurist, who would be a wise selection for this assignment even had those other judges in the district been available. Moreover, the Fifth Circuit recently denied the petition of certain defendants for a writ of mandamus directing Judge Barbier to recuse himself.[4]

Other parties have made the related suggestion that certain suggested transferee districts (including the Eastern District of Louisiana and the Southern District of Texas) might not present a level playing field for all parties and that we should search elsewhere for a "neutral" judge. With all due respect, we disagree with the premise of this argument. When federal judges assume the bench, all take an oath to administer justice in a fair and impartial manner to all parties equally. *See* 28 U.S.C. § 453. That oath applies just as much to a multidistrict litigation involving hundreds (or thousands) of actions and scores of parties as it does to a single civil action between one plaintiff and one defendant. Our experience is that transferee judges impartially carry out their duties and make tough decisions time and time again, and that they uniformly do so without engaging in any location-specific favoritism.

In selecting Judge Barbier, we also decline the suggestion that, given the litigation's scope and complexity, we should assign the docket to multiple transferee judges. Our experience teaches that most, if not all, multidistrict proceedings do not require the oversight of more than one able and energetic jurist, provided that he or she has the time and resources to handle the assignment. Moreover, Judge Barbier has at his disposal all the many assets of the Eastern District of Louisiana, which include magistrate judges and a clerk's office accustomed to handling large MDLs. Judge Barbier may also choose to employ special masters and other case administration tools to facilitate certain aspects of the litigation. *See* Manual for Complex Litigation, Fourth §§ 11.52, 11.53 (2004).

---

[4] The Panel, of course, has no authority to determine whether a particular judge should recuse himself or herself from presiding over a particular MDL.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Carl J. Barbier for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr.* | Barbara S. Jones |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010          MDL No. 2179

## SCHEDULE A

Northern District of Alabama

| | |
|---|---|
| Ben Chenault, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1139 | 10-2638 |

Southern District of Alabama

| | |
|---|---|
| James F. Mason, Jr., etc. v. Transocean, Ltd., et al., C.A. No. 1:10-191 | 10-2639 |
| Peter Burke v. BP Corporation of North of America, Inc., et al., C.A. No. 1:10-195 | 10-2640 |
| Shannon Trahan v. BP, PLC, et al., C.A. No. 1:10-198 | 10-2641 |
| Jud Smith, et al. v. BP, PLC, et al., C.A. No. 1:10-200 | 10-2642 |
| Billy Wilkerson, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-201 | 10-2643 |
| Fishtrap Charters, LLC, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-202 | 10-2644 |
| Fort Morgan Sales, Rentals & Development, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-203 | 10-2645 |
| Bon Secour Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-206 | 10-2646 |
| George C. Simpson v. Transocean, Ltd., et al., C.A. No. 1:10-210 | 10-2647 |
| Gulf Shores West Beach Investments, LLC v. Transocean Holdings, Inc., et al., C.A. No. 1:10-213 | 10-2648 |
| Billy's Seafood, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-215 | 10-2649 |
| David Meyer, et al. v. BP America, et al., C.A. No. 1:10-216 | 10-2650 |
| Orange Beach Marina, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-217 | 10-2651 |
| Robert V. Pendarvis, et al. v. BP, PLC, et al., C.A. No. 1:10-218 | 10-2652 |
| Fran Hopkins, et al. v. Transocean, Ltd., et al., C.A. No. 1:10-221 | 10-2653 |
| Steven Lavigne, et al. v. British Petroleum, PLC, et al., C.A. No. 1:10-222 | 10-2654 |
| Original Oyster House, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-223 | 10-2655 |
| Blue Water Yacht Sales & Services, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-224 | 10-2656 |
| Marine Horizons, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-227 | 10-2657 |
| George Jett v. BP, PLC, et al., C.A. No. 1:10-228 | 10-2658 |
| Captain Edward Lockridge v. BP, PLC, et al., C.A. No. 1:10-233 | 10-2659 |
| Terry Drawdy v. Transocean, Ltd., et al., C.A. No. 1:10-235 | 10-2660 |
| Sea Eagle Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-238 | 10-2661 |

**MDL No. 2179 Schedule A (Continued)**

### Northern District of Florida

| | |
|---|---|
| John T. Harris v. Transocean, Ltd., et al., C.A. No. 3:10-129 | 10-2662 |
| Ocean Reef Realty, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-132 | 10-2663 |
| Michael Salley v. Transocean Holdings, Inc., et al., C.A. No. 3:10-133 | 10-2664 |
| Nicholas Harris, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-134 | 10-2665 |
| Charles Douglass, et al. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-136 | 10-2666 |
| Joe Patti Seafood Co., et al. v. Transocean, Ltd., et al., C.A. No. 3:10-137 | 10-2667 |
| Dewey Destin, et al. v. BP, PLC, et al., C.A. No. 3:10-141 | 10-2668 |
| Stacey P. Walsh v. British Petroleum, PLC, et al., C.A. No. 3:10-143 | 10-2669 |
| George Weems Ward, et al. v. BP, PLC, et al., C.A. No. 4:10-157 | 10-2670 |
| Water Street Seafood, Inc., et al. v. BP Products North America Inc., et al., C.A. No. 4:10-162 | 10-2671 |

### Eastern District of Louisiana

Shane Roshto, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1156
Michelle Jones, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1196
Troy Wetzel, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1222
Acy J. Cooper, Jr., et al. v. BP, PLC, et al., C.A. No. 2:10-1229
Michael Williams v. Transocean, Ltd, et al., C.A. No. 2:10-1243
Darleen Jacobs Levy v. Transocean, Ltd., et al., C.A. No. 2:10-1245
James J. Friloux, et al. v. BP, PLC, et al., C.A. No. 2:10-1246
Ben Robin, et al. v. BP, PLC, et al., C.A. No. 2:10-1248
Michael Ivic, et al. v. BP, PLC, et al., C.A. No. 2:10-1249
Felix Alexie, Jr. v. BP, PLC, et al., C.A. No. 2:10-1250
Ray Vath, et al. v. BP, PLC, et al., C.A. No. 2:10-1273
Charles Robin, III, et al. v. BP, PLC, et al., C.A. No. 2:10-1295
Bill's Oyster House, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1308
Nova Affiliated, S.A. v. BP, PLC, et al., C.A. No. 2:10-1313
Robin Seafood Co., Inc., et al. v. BP, PLC, et al., C.A. No. 2:10-1314
Bryan C. Carrone, et al. v. BP Products North America, Inc., et al., C.A. No. 2:10-1315
George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1316
Eugene B. Dugas, et al. v. BP, PLC, et al., C.A. No. 2:10-1322
George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1324
Brent J. Rodrigue, Sr., et al. v. BP, PLC, et al., C.A. No. 2:10-1325
T&D Fishery, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1332
Fish Commander, LLC v. BP, PLC, et al., C.A. No. 2:10-1339
Cajun Offshore Charters, LLC v. BP, PLC, et al., C.A. No. 2:10-1341
Gulf Crown Seafood, Inc. v. BP, PLC, et al., C.A. No. 2:10-1344
Joseph Kunstler, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1345

### Eastern District of Louisiana (Continued)

Isadore Crepple v. BP, PLC, et al., C.A. No. 2:10-1346
Eric Dumas, etc. v. BP, PLC, et al., C.A. No. 2:10-1348
William D. Gregoire, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1351
Robroy J. Terrebonne v. BP, PLC, et al., C.A. No. 2:10-1352
Curtis Silver, et al. v. BP, PLC, et al., C.A. No. 2:10-1387
Tom Garner v. BP, PLC, et al., C.A. No. 2:10-1482

### Western District of Louisiana

| | |
|---|---|
| Matthews Gaskins, Jr. v. BP, PLC, et al., C.A. No. 2:10-738 | 10-2672 |
| Ellis Schouest, III, et al. v. BP Products North America, Inc., et al., C.A. No. 6:10-727 | 10-2673 |

### Southern District of Mississippi

| | |
|---|---|
| Paul Hopper, et al. v. Cameron International Corp., et al., C.A. No. 1:10-173 | 10-2674 |
| Cajun Maid, LLC, et al. v. BP, PLC, et al., C.A. No. 1:10-176 | 10-2675 |
| Hiep Trieu, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:10-177 ) | 10-2676 |
| Michael D. Sevel, et al. v. BP, PLC, et al., C.A. No. 1:10-179 | 10-2677 |
| Jessica Staley v. Cameron International Corp., et al., C.A. No. 1:10-181 ) | 10-2678 |
| Ronnie Daniels v. Cameron International Corp., et al., C.A. No. 1:10-182 | 10-2679 |
| Stacey Van Duyn, et al. v. Cameron International Corp., et al., C.A. No. 1:10-183 | 10-2680 |
| Aleen Grieshaber, et al., v. BP Products North America, Inc., et al., C.A. No. 1:10-185 | 10-2681 |

### Southern District of Texas

| | |
|---|---|
| Ben Nelson, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-172 | 10-2682 |
| National Vietnamese American Fisherman Emergency Association, et al. v. BP, PLC, et al., C.A. No. 4:10-1607 | 10-2683 |

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

August 10, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
             on April 20, 2010

Dear Ms. Whyte:

Attached as a separate document is a certified copy of a transfer order that the Judicial Panel on Multidistrict Litigation issued today in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S. C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. Therefore, we would appreciate your cooperation in keeping the Panel advised of the progress of this litigation. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Service List and a listing of the transferor court clerks with respect to this order.

Very truly,

John Nichols
Chief Deputy Clerk

By _Tarell L. Littleton_____

Tarrell L. Littleton
Case Administrator

Attachments (Transfer Order is a Separate Document)

cc:     Transferee Judges:  Judge Carl J. Barbier;  Judge Kurt D. Engelhardt;  Judge Martin L.C. Feldman
        Chief Judge Transferee District:  Judge Sarah S. Vance

JPML Form 33

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
 \* Signifies that an appearance was made on behalf of the party by the representing attorney.
 # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
 Docket: 2179 - Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - 4/20/10
 For Open Cases

Docket: 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Status: Transferred on 08/10/2010
Transferee District: LAE    Judge: Barbier, Carl J.

Printed on 08/10/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Arsenault, Richard J.**
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190

=>**Phone: (318) 487-9874 Fax: (318) 561-2591 Email: r.arsenault@nbalawfirm.com**
Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC*

**Barnett, Ryan M.**
WHIBBS & STONE PA
801 West Romana Street
Pensacola, FL 32502

=>**Phone: (850) 434-5395 Fax: (850) 469-0043 Email: ryan@whibbsandstone.com**
Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P.

**Barr, Brian H.**
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502

=>**Phone: (850) 435-7000 Fax: (850) 436-6187 Email: bbarr@levinlaw.com**
Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters;
Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy
Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc.

**Beck, David J.**
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010

=>**Phone: (713) 951-3700 Fax: (713) 951-3720 Email: dbeck@brsfirm.com**
Cameron International Corp.*

**Berman, Steve W.**
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101

=>**Phone: (206) 623-7292 Fax: (206) 623-0594 Email: steve@hbsslaw.com**
Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory*

**Bracken, Geoffrey H.**
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002

=>**Phone: (713) 276-5739 Fax: (713) 276-6739 Email: gbracken@gardere.com**
M-I, L.L.C.*

**Bradford, Bobby J.**
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201

=>**Phone: (850) 916-7450 Fax: (850) 916-7449**
Chiodo, Kristi; Harris, John T.; Harris, Nicholas

**Braud, S. Jacob**
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037

=>**Phone: (504) 394-9841 Fax: (504) 394-9945 Email: JacobBraud@bbc-law.net**
Taliancich, Sr., Bartol John*

**Brown, Eric B.**
P.O. Box 2765
Houston, TX 77252-2765

=>
Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Buzbee, Anthony G.<br>BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis<br>Suite 7300<br>Houston, TX 77002 | =>**Phone: (713) 223-5393 Fax: (713) 223-5909 Email: tbuzbee@txattorneys.com**<br>Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy* |
| Cabraser, Elizabeth J.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3339 | =>**Phone: (415) 956-1000 Fax: (415) 956-1008 Email: ecabraser@lchb.com**<br>Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht* |
| Chiepalich, C. S.<br>P.O. Box 6505<br>Mobile, AL 36660 | =>**Phone: (205) 478-1666 Email: csc@birch.net**<br>Jett, George |
| Clark, Lange<br>LAW OFFICE OF LANGE CLARK PC<br>301 19th Street North<br>Suite 550<br>Birmingham, AL 35203 | =>**Phone: (205) 939-3933 Fax: (205) 939-1414 Email: langeclark@mindspring.com**<br>Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.* |
| Coleman, Alice W.<br>BRENT COON & ASSOCIATES<br>6360 I-55, North<br>Suite 340<br>Jackson, MS 39211 | =>**Phone: (601) 957-6177 Fax: (601) 957-6507 Email: alice@bcoonlaw.com**<br>Grieshaber, Aleen; Grieshaber, James |
| Coumanis, Christ N.<br>COUMANIS & YORK PC<br>2101 Main Street<br>Daphne, AL 36526 | =>**Phone: (251) 990-3083 Fax: (251) 928-8665 Email: coumanis@c-ylaw.com**<br>Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs* |
| Crump, Martin D.<br>DAVIS & CRUMP<br>1712 15th Street<br>Suite 300<br>Gulfport, MS 39501 | =>**Phone: (228) 863-6000 Fax: (228) 864-0907 Email: martincrump@daviscrump.com**<br>Barker, Daniel* |
| Cutter, C. Brooks<br>KERSHAW CUTTER & RATINOFF LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | =>**Phone: (916) 448-9800 Fax: (916) 669-4499 Email: bcutter@kcrlegal.com**<br>Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.* |
| Dampier, M. Stephen<br>LAW OFFICES OF M STEPHEN DAMPIER PC<br>55 North Section Street<br>Farirhope, AL 36532 | =>**Phone: (251) 929-0800 Fax: (251) 929-0900 Email: stevedampier@dampierlaw.com**<br>Ferguson, Constance*; Ferguson, James* |
| Deshazo, Michael<br>KINNEY & ELLINGHAUSEN | =>**Phone: (504) 524-0206 Fax: (504) 525-6216 Email: michaeld@kinneylaw.com**<br>Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

1250 Poydras Street
Suite 2450
New Orleans, LA 70113

Dreher, Jr., William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport, MN 39502

=>**Phone: (228) 822-2222  Fax: (228) 822-2626  Email: wwdlaw@bellsouth.net**
Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert*

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

=>**Phone: (212) 450-4000  Fax: (212) 450-3800  Email: carey.dunne@davispolk.com**
Hyundai Heavy Industries Co., Ltd.*

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242

=>**Phone: (205) 278-7000  Fax: (202) 278-7001  Email: jfriedman@friedmanleak.com**
Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri*

Garrison, Jr, W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35203

=>**Phone: (205) 326-3336  Fax: (205) 326-3332  Email: wlgarrison@hgdlawfirm.com**
B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas*

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201

=>**Phone: (601) 948-8005  Fax: (601) 948-8010  Email: dgibbs@cglawms.com**
Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica*

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

=>**Phone: (312) 862-2064  Fax: (312) 861-2200  Email: Richard.Godfrey@kirkland.com**
BP Corp. North America, Inc.; British Petroleum, PLC

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270

=>**Phone: (214) 939-4400  Fax: (214) 760-7332  Email: dgodwin@godwinronquillo.com**
Halliburton Co.*; Halliburton Energy Services, Inc.*

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003

=>**Phone: (212) 558-5802  Fax: (212) 344-5461  Email: rgreenwald@weitzlux.com**
Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC

=>**Phone: (601) 969-9692  Fax: (601) 914-3580  Email: john@hsglawfirm.net**
Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul*

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

P.O. Box 24627
Jackson, MS 39225-4627

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113

=>**Phone: (504) 581-4892  Fax: (504) 561-6024  Email: rherman@hhkc.com**
321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant*

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101

=>**Phone: (314) 241-8111  Fax: (314) 241-5554  Email: eholland@hgsslaw.com**
Lavigne, Paul*; Lavigne, Steven*

Hornsby, Jr., Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243

=>**Phone: (256) 329-2000  Fax: (256) 329-2015  Email: chornsby@mhhlaw.net**
Simpson, George C.

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312

=>**Phone: (850) 298-4455  Fax: (850) 216-2537  Email: ptim@aol.com**
Crawford, Constance; Galloway, Jeff; Ward, George Weems

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604

=>
Gonzales, Dr. John; Trahan, Shannon

Irvine, III, George R.
STONE GRANADE & CROSBY PC
7133 Stone Drive
Daphne, AL 36526

=>**Phone: (251) 626-6696  Fax: (251) 626-2617  Email: gri@sgclaw.com**
Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V.

Jackson, III, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225
Mobile, AL 36652

=>
Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

=>**Phone: (504) 523-2500  Fax: (504) 523-2508  Email: gjones@jonesswanson.com**
Phillips, John F.*

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC

=>**Phone: (334) 269-2343  Fax: (334) 954-7555  Email: rhon.jones@beasleyallen.com**
Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

218 Commerce Street
Montgomery, AL 36104
    Escapes, L.L.C.*; Sunrise Rentals Enterprises*

Kennedy, Richard R.
309 Polk Street
P.O. Box 3243
Lafayette, LA 70502-3243
    =>**Phone: (337) 232-1934  Fax: (337) 232-9720  Email: ken309@richardkennedy.com**
    Rhodes, Karl W.*

Laborde, III, Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503
    =>**Phone: (337) 237-7000  Fax: (337) 233-9450  Email: cliffe@ln-law.com**
    Tidewater Marine, LLC*

Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street
Dothan, AL 36301
    =>**Phone: (334) 793-1555  Fax: (334) 793-8280  Email: jlane@cochranfirm.com**
    Barber, Peter J.*

Langan, J. Andrew
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
    =>**Phone: (312) 862-2064  Fax: (312) 862-2200  Email: andrew.langan@kirkland.com**
    BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
    =>**Phone: (850) 837-6020  Fax: (850) 837-4093  Email: dml@lovelacelaw.com**
    Le (dba Bluewater Seafood), Hao Van*

Lucado, M. Shane
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
    =>**Phone: (205) 278-0025  Fax: (205) 278-0030  Email: slucado@lucadolaw.com**
    Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC*

Mason, Angela Joy
COCHRAN FIRM
163 W. Main Street
Dothan, AL 36302
    =>**Phone: (205) 793-1555**
    Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie; Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John Samuel

McDole, Keith C.
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
    =>**Phone: (214) 220-3939  Fax: (214) 969-5100**
    Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)

McKee, Robert J.
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
    =>**Phone: (954) 763-8181  Fax: (954) 763-8292  Email: mckee@krupnicklaw.com**
    Griffitts Investments LP*

12 Southeast 7th Street

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 801
Ft. Lauderdale, FL 33301

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

=>**Phone: (504) 522-2304  Fax: (504) 528-9973  Email: gmeunier@gainsben.com**
Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*;
Nunez, Lena T.*

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

=>**Phone: (504) 599-8194  Fax: (504) 599-8145  Email: kmiller@frilot.com**
Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.*

Mitsui & Co., U.S.A., Inc,
200 Park Avenue
New York, NY 10166

=>
Mitsui & Co. U.S.A., Inc.

Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787
Opelousas, LA 70570

=>**Phone: (337) 948-4483  Fax: (337) 942-5234  Email: pmorrow@mmrblaw.com**
James, Jr., Joseph George*; Schouest, III, Ellis*

Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134

=>**Phone: (305) 372-1800  Fax: (305) 372-3508  Email: AMM@kttlaw.com**
Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.*

Murray, Stephen B.
MURRAY LAW FIRM
650 Poydras Sreet
Suite 2150
New Orleans, LA 70130

=>**Phone: (504) 525-8100  Fax: (504) 584-5249  Email: smurray@murray-lawfirm.com**
Dinet, Nicholas J.*

Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10075

=>**Phone: (212) 705-7226  Fax: (212) 702-3616  Email: peter.neger@bingham.com**
Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.*

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604

=>**Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com**
Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales &
Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales,
Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*;
Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef
Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House,
Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*;
Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure
Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*;
Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

**Norris, John E.**
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205

=>**Phone: (205) 930-9900  Fax: (205) 930-9989  Email: jnorris@davisnorris.com**
Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan*

**Poynter, Scott E.**
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

=>**Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com**
Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light
Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary*

**Price, Donald W.**
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809

=>**Phone: (225) 929-7481  Fax: (225) 924-4519  Email: dprice@dueprice.com**
Duet, Deanna G.*; Duet, Raymond*

**Quin, II, William M.**
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland, MS 39157

=>**Phone: (601) 707-5725  Fax: (601) 510-2939  Email: wquin@mmqlaw.com**
Montagnet, Monica C.*

**Rash, David C.**
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137

=>**Phone: (305) 571-8550  Fax: (305) 571-8558  Email: david@alterslaw.com**
Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg
Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl,
Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three
Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water
Street Seafood, Inc.*; WJ2 LLC*

**Rifkin, Mark C.**
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

=>**Phone: (212) 545-4600  Fax: (212) 545-4653  Email: Rifkin@whafh.com**
Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood
Patio), Calvin J.*

**Sexton, II, K. Edward**
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham, AL 35203

=>**Phone: (205) 716-3000  Email: esexton@gtandslaw.com**
Lockridge, Captain Edward

**Strange, Brian R.**
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025

=>**Phone: (310) 207-5055  Fax: (310) 826-3210  Email: lacounsel@earthlink.net**
Gaskins, Jr., Matthews*

**Tran, Minh Tam**
TAMMY TRAN ATTORNEYS AT LAW LP
2915 Fannin Street
Houston, TX 77002

=>**Phone: (713) 655-0737  Fax: (713) 655-0823  Email: ttran@tt-lawfirm.com**
National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, FL 34690

=>**Phone: (727) 937-3226  Fax: (727) 934-5069  Email: sverras@bilirakislaw. com**
Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire*

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive
Ocean Springs, MS 39564

=>**Phone: (228) 872-1125  Fax: (228) 872-1128  Email: robert@waltzerlaw.com**
Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep

Zatzkis, Lanny R.
ZATZKIS MCCARTHY & ASSOCIATES LLC
650 Poydras Street
Suite 2750
New Orleans, LA 70130

=>**Phone: (504) 523-2266  Fax: (504) 593-9921  Email: Lanny@Zatzkis.com**
Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr., Ronald A.*; Kreger, Robert*; Kreger, Ryan A.*; Kreger, Sr., Ronald A.*; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr., David A.*; Segrave, Michael A.*; Segrave, Sr., David A.*

---

Note: Please refer to the report title page for complete report scope and key.

## INVOLVED CLERKS LIST

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621
**ALSDdb_MDLClerk/ALSD/11/USCOURTS**

David J. Bradley, Clerk
P.O. Box 2300
Galveston, TX 77553-2300
**Robbie Westmoreland/TXSD/05/USCOURTS**

David J. Bradley, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010
**Robbie Westmoreland/TXSD/05/USCOURTS**

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501
**Sandra Campbell/MSSD/05/USCOURTS**

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203
**ALNDdb_JPML_HelpDesk/ALND/11/USCOUR
TS**

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501
**LAWDml_MDL Clerks**

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083
**LAWDml_MDL Clerks**

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625
**FLNDdb_efile MDL/FLND/11/USCOURTS**

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
1129 Noble Street
Tallahassee, FL 32301-7795
**FLNDdb_efile MDL/FLND/11/USCOURTS**